B 2500A (Form 2500A) (12/15)

# United States Bankruptcy Court
## Western District of Virginia

| | | |
|---|---|---|
| In re: Pamela Yvette Brown<br>        Debtor | ) | Case No.    23-70011 |
| | ) | |
| | ) | Chapter    7 |
| | ) | |
| Pamela Yvette Brown<br>        Plaintiff | ) | |
| | ) | |
| v. | ) | Adv. Proc. No.    23-07003 |
| | ) | |
| United States of America, Department of Education<br>        Defendant | ) | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of clerk:    James W. Reynolds, Clerk of Court
                     U. S. Bankruptcy Court
                     210 Church Ave, SW
                     Roanoke, VA 24011

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:    Malissa L. Giles
                                             Giles & Lambert, PC
                                             PO Box 2780
                                             Roanoke, VA 24001

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012. The motion or answer to the complaint shall contain a statement that the defendant does or does not consent to entry of final orders or judgment by the bankruptcy court.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

James W. Reynolds (Clerk of the Bankruptcy Court)

By: /s/Kristen White
    (Deputy Clerk)

Date:    January 23, 2023

B 2500A (Form 2500A) (12/15)

## CERTIFICATE OF SERVICE

I, **Beth Brubaker** (name), certify that service of this summons and a copy of the complaint was made **1·24·2023** (date) by:

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

**\* See attached**

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date **1·24·2023**           Signature **Bm**

Print Name: **Beth Brubaker**

Business Address: **129 E. Campbell Ave.
Suite 300
Roanoke, VA 24011**

Mailed via regular mail on 1/24/2023:

US Attorney Merrick Garland
US Department of Justice
950 Pennsylvania Avenue, NW
Washington DC 20530-0001

Secretary of Education Miguel Cardona
US Dept. of Education
400 Maryland Avenue, SW
Washington DC 20202

WDVA US Attorney Christopher R. Kavanaugh
Civil Process Clerk
PO Box 1709
Roanoke VA 24008-1709